**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Kory Anthony Joseph HALL, a.k.a.
Kory AJ Hall, Defendant-
Appellant.**

**No. 15-30283**

United States Court of Appeals,
Ninth Circuit.

Submitted February 2, 2017 *

Filed FEBRUARY 06, 2017

Joseph Hilary Harrington, Assistant U.S. Attorney, Jared Courtland Kimball,

Assistant U.S. Attorney, Russell E. Smoot, Assistant U.S. Attorney, USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff-Appellee

Troy Joseph Lee, Attorney, Troy Lee & Associates, Yakima, WA, for Defendant-Appellant

Kory Anthony Joseph Hall, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Kory Anthony Joseph Hall appeals from the district court's judgment and challenges his 100-month sentence for conspiracy to distribute oxycodone hydrochloride, in violation 21 U.S.C. §§ 841(a)(1) and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hall's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Hall has waived his right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.